UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:14-CV-00003-MA |
| v. | WARRANT FOR ARREST AND SEIZURE OF PROPERTY |
| $196,942.00 IN UNITED STATES CURRENCY, AND | |
| ONE 2011 FORD TRANSIT CONNECT VAN, VIN NM0LS6BN0BT055338, ITS TOOLS AND APPURTENANCES, *in rem*, | |
| Defendants. | |

TO: THE UNITED STATES MARSHAL SERVICE OR OTHER AUTHORIZED OFFICERS

Based upon the complaint *in rem* filed herein praying that process issue for the arrest of defendants, *in rem*, $196,942.00 in United Sates currency and one 2011 Ford Transit Connect Van, VIN NM0LS6BN0BT055338, and the Court being satisfied that based upon the verified complaint filed in the above-entitled civil *in rem* forfeiture action that there is probable cause to believe that defendants, *in rem*, $196,942.00 in United Sates currency and one 2011 Ford Transit Connect Van, VIN NM0LS6BN0BT055338, represent proceeds traceable to an exchange for controlled substances or were used or intended to be used to transport or in any manner facilitate such a transaction in violation of 21 U.S.C. § 841, *et seq.*, and are forfeitable to the United States

pursuant to the provisions of 21 U.S.C. §§ 881(a)(4) and (6).

You are hereby commanded to arrest and take into your possession until further order of the court, defendants, *in rem*, $196,942.00 in United Sates currency and one 2011 Ford Transit Connect Van, VIN NM0LS6BN0BT055338.

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the defendants may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines to be frivolous. 18 U.S.C. § 983(h)(1). The claim must be filed not later than the time stated in a direct notice sent pursuant to Rule G(4)(b), or <u>30 days</u> after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an answer to the complaint under Rule G(5)(b) within <u>21 days</u> after the filing of the claim. The claim must be filed with the Clerk of the U.S. District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, OR 97204. The claim and answer must be served upon Kathleen Bickers, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, OR 97204. Default and forfeiture may be ordered if these procedures are not followed. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

DATED this __6__ day of January, 2014.

*Malcolm F Marsh*
**MALCOLM F. MARSH**
United States District Judge